VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347
Fax (650) 289-0636

Counsel for Maria Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-596 LHK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION RE CONTINUANCE |
| v. ) | OF STATUS DATE; [PROPOSED] |
| ) | ORDER |
| MARIA HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is hereby stipulated between the defendant Maria Hernandez, by and through her attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas M. O'Connell, that the status date of February 29, 2012, at 10:00 a.m. be continued to March 7, 2012, at 10:00 a..m. The reason for this continuance is that there parties are discussing a possible resolution to the matter, and additional time is needed for defense counsel to review the proposal with the defendant. A continuance to March 7, 2012, 2012, will allow sufficient time to schedule this meeting.

Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys for the government and the defense the reasonable time necessary for effective preparation taking into the account the exercise of due diligence. Since defense counsel needs additional time to

discuss this recent proposal with her client, the time period from February 29, 2012, through March 7, 2012, should be excluded.

It is so stipulated.

Dated: February 24, 2012                    Respectfully submitted,


/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Maria Hernandez


Dated: February 24, 2012                    MELINDA HAAG
                                            UNITED STATES ATTORNEY


/s/ Thomas M. O'Connell
THOMAS M. O'CONNELL
Assistant United States Attorney

# PROPOSED ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for February 29, 2012, is continued to March 7, 2012. This Court finds that the period from February 29, 2012, through and including March 7, 2012, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that additional time is needed for defense counsel to have a mental status examination of the defendant. Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny both the attorney for the government and the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

DATED:

_____
LUCY H. KOH
U.S. DISTRICT JUDGE

Denied. A continuance for plea negotiations and time for counsel and defendant to discuss a plea offer is not a basis for a finding of excludable time. Also, the proposed order discusses a mental examination of the defendant which is not referenced in the stipulation. This denial is without prejudice. Parties may file a new stipulation and proposed order.

Date: 2/27/12

Lucy H. Koh
U.S. District Judge

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER
-3-